UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDREW STRICK,

                    Plaintiff,

        v.

JOHN DOE LENTZ et al,

                    Defendants.

CASE NO. C14-5625RJB

ORDER ADOPTING REPORT AND
RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom and the remaining record, does hereby find and **ORDER**:

1)      The Court adopts the Report and Recommendation (Dkt. 5).  .

2)      The Court dismisses this action without prejudice for failure to comply with Court Orders and failure to keep the Court advised of a current address pursuant to Local Civil Rule 41(b)(2).

3)      The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 16th day of January, 2014.

ROBERT J. BRYAN
United States District Judge